

# Fourth Court of Appeals
## San Antonio, Texas

July 3, 2019

No. 04-19-00272-CV

**IN RE** Maria Elena **JIMENEZ**

Original Mandamus Proceeding[1]

**ORDER**

On April 30, 2019, relator filed a petition for writ of mandamus. Relator also filed a motion for stay of the underlying temporary orders pending final resolution of the petition for writ of mandamus, which this court granted. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on July 3, 2019.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of July, 2019.

Keith E. Hottle, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2018CI08125, styled *In the Interest of E.J., E.J., J.J., and J.J., Minor Children*, pending in the 407th Judicial District Court, Bexar County, Texas, the Honorable Mary Lou Alvarez presiding.